UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty R. Porter,

Civ. No. 02-235 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Jennifer Welsh, M.D., and
William Miller, M.D.,

Defendants.

---

This matter is before the Court on Plaintiff's request for an extension of time to file objections to the Report and Recommendation ("R&R") dated January 29, 2002. The Court has carefully reviewed Plaintiff's submission. On the basis of that review, the Court grants Plaintiff's request.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff may file Objections to the Report and Recommendation of Magistrate Judge Jonathan Lebedoff (Clerk Doc. No. 4) on or before March 1, 2002.

Dated: Feb. 14, 2002

Paul A. Magnuson
United States District Court Judge

FILED FEB 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK