UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty R. Porter,

Plaintiff,

v.

Jennifer Welsh, M.D., and
William Miller, M.D.,

Defendants.

Civ. No. 02-235 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Plaintiff Betty Porter's objections to the Report and Recommendation ("R&R") of Magistrate Judge Jonathan Lebedoff dated January 29, 2002. In the R&R, Magistrate Judge Lebedoff recommends that this Court deny Ms. Porter's Application to Proceed Without Prepayment of Fees and dismiss Plaintiff's suit pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Specifically, the Magistrate Judge determined that the substantive allegations in Ms. Porter's Complaint failed to include any factual allegations describing specific historical events or specific acts or omissions attributable to Defendants. Additionally, the Magistrate Judge found that Ms. Porter did not identify any legal grounds for granting her requested relief. Although the Magistrate Judge recognized that courts are generally solicitous of the rights of pro se litigants, he held that Ms. Porter had failed to state a claim on which relief can be granted.

The Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1)(C). In this case, Ms.

MAR 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Porter has not raised any specific objections to the Magistrate Judge's R&R. Instead, she has filed an Amended Complaint and a memorandum that essentially mirrors the allegations listed in that complaint. Fed. R. Civ. P. 15(a) provides in pertinent part that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ." Id. Because no responsive pleading has been filed in this matter, the Court accepts Ms. Porter's amendment. Because the Amended Complaint contains more specific information than was contained in the original Complaint, the Court recommits the matter to the Magistrate Judge.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's pro se Application to Proceed Without Prepayment of Fees (Clerk Doc. No. 2) is remanded to Magistrate Judge Lebedoff for reconsideration in light of Plaintiff's Amended Complaint.

Dated: March 23, 2002

Paul A. Magnuson
United States District Court Judge