AO 240A (1/94)

# United States District Court

MINNESOTA DISTRICT OF

BETTY R. PORTER,
Plaintiff

V.

JENNIFER WELSH, M.D., et al.,
Defendant

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: 02-CV-235(PAM/JGL)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

[ ] The clerk is directed to file the complaint.

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTER this 3RD day of MAY ,2002 .

Signature of Judicial Officer

JONATHAN G. LEBEDOFF
Chief United States Magistrate Judge
Name and Title of Judicial Officer

FILED 5-3-02 Richard D. Sletten, Clerk
JUDGMENT ENTD
DEPUTY CLERK