UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-235 (JEL/JGL)

BETTY R. PORTER,

Plaintiff,

v.

**PRETRIAL ORDER**

JENNIFER WELSH, M.D., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by December 1, 2002; Defendants shall disclose all expert witnesses, including reports, by February 1, 2003;

4. The period during which the parties may seek discovery shall be completed by March 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to May 1, 2003; and

7. This case will be considered "ready for trial' as of June 1, 2003.

DATED: July 30, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED JUL 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK