**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**BETTY R. PORTER,**

Plaintiff,

v.

**JENNIFER WELSH, M.D., and**
**WILLIAM MELLER, M.D.,**

Defendants.

Civil No. 02-235 (JEL/JGL)

**ORDER**

APPEARANCES

Betty R. Porter, pro se

Carolin J. Nearing, Esq. for Defendants.

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge of District Court on Plaintiff's various motions and communications. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**I. DISCUSSION**

On September 5, 2002, the Parties and the Court engaged in a conference call. During that call, discussion touched on two motions currently before the Court, but not scheduled for oral argument. The Court will now rule on those motions.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**A. Plaintiff's Motion for Court Order Extension Past September 5**

Plaintiff seeks an order allowing her additional time to comply with this Court's August 22, 2002 Order. Specifically, Plaintiff does not want to provide signed authorizations for release of her Michigan medical records by September 5, 2002. Plaintiff has appealed the portion of the Court's Order requiring her to provide those authorizations.

Plaintiff need not provide signed authorizations for the release of her Michigan medical records pending the District Court's ruling on Plaintiff's appeal. However, should the District Court affirm this Court's ruling, Plaintiff must provide the signed authorizations within one week of that ruling. Accordingly, this motion is granted.

**B. Plaintiff's Motion to Serve An Interrogatory on Jeff Nowak, M.D.**

Plaintiff seeks an order allowing her to serve interrogatories on Jeff Nowak, M.D., a nonparty. The Federal Rules of Civil Procedure allow for interrogatories to be served on parties only. See Fed. R. Civ. P. 33. Federal Rule of Civil Procedure 45 addresses the issue of obtaining information from nonparties. However, that rule makes no provision for interrogatories. See Fed. R. Civ. P. 45. Accordingly, this motion is denied.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiffs' Motion to Serve an Interrogatory on Jeff Nowak, M.D. (Doc. No. 80) is **DENIED**; and

(2) Plaintiff's Motion for Court Order Extension Past September 5 (Doc. No. 81) is **GRANTED** as set forth fully in the body of this Order.

Dated: September 6, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge