UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty R. Porter,

Plaintiff,

v.

Civil No. 02-235 (JEL/JGL)
ORDER

Jennifer Welsh, M.D.,
and William Meller, M.D.,

Defendants.

This matter comes before the Court on a request by Defendants Jennifer Welsh, M.D., and William Meller, M.D., to extend the deadline for responding to Plaintiff Betty R. Porter's motion for summary judgment from September 27, 2002, to October 25, 2002. Defendants informed the Court that they intend to serve and file a motion for summary judgment no later than October 25, 2002. After reviewing the files, records, and proceedings in this matter, the Court concludes that Defendants' request should be granted in the interest of judicial economy.

Therefore, IT IS ORDERED THAT:

1. The time for Defendants Jennifer Welsh, M.D., and William Meller, M.D., to respond to Plaintiff Betty R. Porter's motion for summary judgment is extended from September 27, 2002, to October 25, 2002.

2. Defendants' motion for summary judgment must be served and filed by October 25, 2002.

3. The time for Plaintiff to reply to Defendants' response to her motion for summary judgment is extended from October 11, 2002, to November 1, 2002.

4. Plaintiff's response to Defendants' motion for summary judgment must be served and filed by November 15, 2002.

SEP 2 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

5. Defendants' reply to Plaintiff's response to Defendants' motion for summary judgment must be served and filed by November 22, 2002.

Dated: September 25, 2002

JOAN ERICKSEN LANCASTER
United States District Judge