UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty R. Porter,

Plaintiff,

v.

Civil No. 02-235 (JEL/JGL)
ORDER

Jennifer Welsh, M.D.,
and William Meller, M.D.,

Defendants.

This matter is before the Court on Plaintiff's appeals of Chief United States Magistrate Judge Jonathan Lebedoff's orders dated August 22, 2002, and September 6, 2002. Defendants oppose Plaintiff's appeals. The Court must modify or set aside any portion of the Magistrate Judge's orders found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). This is an extremely deferential standard. *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). "A finding is 'clearly erroneous' when, although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Chakales v. Comm'r of Internal Revenue*, 79 F.3d 726, 728 (8th Cir. 1996) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)). The Court finds that Magistrate Judge Lebedoff's orders of August 22, 2002, and September 6, 2002, are neither clearly erroneous nor contrary to law. The Court therefore denies Plaintiff's appeals and affirms Magistrate Judge Lebedoff's orders in all respects.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's appeal [Docket No. 83] from Magistrate Judge Lebedoff's order of August 22, 2002, is DENIED.

2. Magistrate Judge Lebedoff's order of August 22, 2002, [Docket No. 77] is AFFIRMED.

FILED OCT 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

3. Plaintiff's appeal from Magistrate Judge Lebedoff's order of September 6, 2002, is DENIED.

4. Magistrate Judge Lebedoff's order of September 6, 2002, [Docket No. 86] is AFFIRMED.

Dated: October 2, 2002

JOAN ERICKSEN LANCASTER
United States District Judge